IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEVORY W. HICKMON, SR.,

       Plaintiff,

v.                                             4:07cv210-WS

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

       Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 9) docketed August 3, 2007. The magistrate judge recommends that this action be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g). Although he was granted an extension of time to file objections, the plaintiff has not filed objections to the report and recommendation.

The court having reviewed the record, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 9) is hereby ADOPTED and incorporated by reference into this order.

2.  Pursuant to 28 U.S.C. § 1915(g), the plaintiff's complaint and this action are hereby DISMISSED without prejudice to the plaintiff's refiling the case and simultaneously submitting the full filing fee.

3.  The Clerk shall enter judgment accordingly.

DONE AND ORDERED this   16th   day of    October   , 2007.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE